# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANE DEYDEN | : | ELECTRONICALLY FILED |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 2:20-cv-02995 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : | THE HONORABLE KEVIN MCNULTY |
| Defendant. | : | |

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees. Dated this 28th day of October, 2020.

*s/      Loryn M. Lawson*
Sean F. Byrnes
Loryn M. Lawson
BYRNES, O'HERN & HEUGLE, LLC
28 Leroy Place
Red Bank, NJ  07701
Phone:       (732) 219-7711
Fax:            (732) 219-7733
Email:  sbyrnes@byrnesohern.com

*Attorneys for Plaintiff*

DATE: October 30, 2020

*s/      Natalie G. Einsig*
Natalie G. Einsig
TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:       (717) 255-1155
Fax:            (717) 238-0575
Email:  natalie.einsig@troutman.com

*Attorneys for Defendant*

APPROVED BY THE COURT:

  /s/ Kevin McNulty
_____
HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE